469 A.2d 285

Commonwealth v. Dell, Appellant.

Submitted September 23, 1983. Michael E. Bortner, Assistant Public Defender, for appellant; Douglas H. Gent, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.